UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL W., et al.,

    Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH, et al.,

    Defendants.

Case No. 17-cv-06341-PJH

**ORDER RE STATUS UPDATE DEADLINE**

Re: Dkt. No. 41

    The court is in receipt of the parties' joint status update regarding Wit v. United Behavioral Health, Case No. 14-cv-2346-JCS (N.D. Cal., filed May 21, 2014). Dkt. 41. The filing proposes that the court order the parties to submit a joint status update on or before October 4, 2019 regarding the status of Wit.

    On July 26, 2018, this court ordered that the "parties shall file a joint status update with the court within 30 days of the date judgment is entered in Wit." Dkt. 39. Judgment has not yet been entered in Wit.

    Accordingly, the court ORDERS that the parties shall file a joint status update with the court at the earlier of October 4, 2019 and 30 days from the date judgment is entered in Wit.

**IT IS SO ORDERED.**

Dated: April 5, 2019

PHYLLIS J. HAMILTON
United States District Judge