UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL W., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06341-PJH<br><br>**ORDER RE: JOINT STATUS UPDATE**<br><br>Re: Dkt. No. 48 |

　　　On July 24, 2020, the court issued an order approving a joint status update filed by the parties. Dkt. 48. In that order, the parties stipulated to submit a further joint status update on or before October 30, 2020 or 30 days after the final disposition of the remaining issues in Wit v. United Behavioral Health, whichever was earlier. Id. at 2. That deadline has since passed with no filing from the parties and, in any case, Judge Spero has issued several orders relevant to this case. See Wit, et al. v. UnitedHealthcare Ins. Co. et al., 14-cv-2346-JCS, Dkts. 490–92. Accordingly, the court ORDERS the parties to submit a further joint status report on or before November 18, 2020 that addresses the orders in Wit and proposes a case management plan.

　　　**IT IS SO ORDERED.**

Dated: November 4, 2020

　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge