UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL W., et al.,

    Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH, et al.,

    Defendants.

Case No. 17-cv-06341-PJH

**ORDER RE: JOINT STATUS UPDATE**

On July 1, 2021, the court issued an order approving a joint status update filed by the parties. Dkt. 52. In that order, the court instructed the parties to submit a further joint status update on or before November 1, 2021, regarding the matter of Wit, et al. v. UnitedHealthcare Ins. Co. et al., 14-cv-2346-JCS. Id. That deadline has since passed with no filing from the parties. Accordingly, the court ORDERS the parties to submit a further joint status report no later than December 3, 2021, that addresses any updates in the district court or in the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: November 23, 2021

                                                    */s/ Phyllis J. Hamilton*
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge