**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ELISE D. KLEIN, SB# 111712
   E-Mail: Elise.Klein@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
May 9, 2023

Attorneys for Defendants
UNITED BEHAVIORAL HEALTH, dba OPTUM, THE CHARLES SCHWAB GROUP LIFE, ACCIDENTAL DEATH AND DISMEMBERMENT, DEATH BENEFIT, MEDICAL, DENTAL AND VISION PLAN AMENDED AND RESTATED, effective January 1, 2013, incorrectly named as THE CHARLES SCHWAB CORPORATION BENEFIT PLAN, and CHARLES SCHWAB & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NATHANIEL W. & GEORGE W.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED BEHAVIORAL HEALTH, dba OPTUM, THE CHARLES SCHWAB CORPORATION BENEFIT PLAN, CHARLES SCHWAB & CO., INC., et al.,<br><br>Defendants. | CASE NO. 4:17-cv-06341-PJH<br><br>**JOINT STATUS REPORT** |

The parties hereto submit the following joint status report.

As this Court is aware, plaintiffs' claims may be subject to *Wit v. United Behavioral Health*, 3:13-cv-2346-JCS (N.D. Cal.), since they are putative class members. That action was tried to Magistrate Judge Spero, who found in favor of the plaintiff class and ordered the immediate reprocessing of the relevant claims plus other relief. United Behavioral Health appealed.

Oral argument on the *Wit* Merits Appeal was held before the Ninth Circuit on August 11, 2021. On March 22, 2022, the Ninth Circuit entered a Memorandum disposition of the *Wit* Merits Appeal in which the Ninth Circuit reversed the district court's judgment in *Wit* on the merits in

full.  ("Memorandum Disposition," see N.D. Cal. Case No. 3:14-CV-02346-JCS, ECF No. 583). Plaintiffs in *Wit* filed a request for an en banc hearing, and the Ninth Circuit requested a response from defendants.  On January 26, 2023, the Ninth Circuit issued a new opinion, *Wit v. United Behav. Health,* 58 F.4th 1080 (9th Cir. 2023*)* which affirmed the district court's decision in part, reversed it in part, and remanded the matter for further proceedings.  Plaintiffs filed a motion for rehearing, which remains pending.

As a result, the parties respectfully request that the stay remain in effect, and the parties be ordered to submit a further status report in one hundred and eighty days.

DATED: May 9, 2023                     DL LAW GROUP

By:      /s/David M. Lilienstein
David M. Lilienstein
Attorneys for Plaintiffs
NATHANIEL W. & GEORGE W.

DATED: May 9, 2023                     LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/Elise D. Klein
Elise D. Klein
Attorneys for Defendants UNITED BEHAVIORAL HEALTH, dba OPTUM, THE CHARLES SCHWAB GROUP LIFE, ACCIDENTAL DEATH AND DISMEMBERMENT, DEATH BENEFIT, MEDICAL, DENTAL AND VISION PLAN AMENDED AND RESTATED, effective January 1, 2013, incorrectly named as THE CHARLES SCHWAB CORPORATION BENEFIT PLAN, and CHARLES SCHWAB & CO., INC.

Filer's Attestation:  Pursuant to Local Rule 5-1(i)(3), Elise D. Klein hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

By: /s/Elise D. Klein
Elise D. Klein
Attorneys for Defendants

