UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL W., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED BEHAVIORAL HEALTH, et al.,<br><br>    Defendants. | Case No. 17-cv-06341-PJH<br><br>**ORDER RE STATUS UPDATE DEADLINE** |

Currently, this case is stayed pending the resolution of a petition for en banc rehearing of a mandamus order in United Behavior Health v. U.S. Dist. Ct. for N. Dist. of Cal., Ninth Cir. Case No. 24-242. See Dkt. 76. The parties' most recent status report requested that they be given 180 days to file a joint status update based on that pending petition. Dkt. 75. The court agreed and granted the parties' request. Dkt. 76.

The Ninth Circuit has since denied the petition for en banc rehearing. See Order, United Behavior Health, Ninth Cir. Case No. 24-242, ECF No. 22.

Accordingly, the court DIRECTS THE PARTIES to file a joint status report within 30 days from the date of this order setting forth a plan for future proceedings and resolution of this long-pending matter.

**IT IS SO ORDERED.**

Dated: March 26, 2025

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge