UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL W., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06341-PJH<br><br>**ORDER RE STATUS UPDATE DEADLINE**<br><br>Re: Dkt. 79, 80 |

　　　The court stayed the above-captioned case in light of the pendency of <u>Wit v. United Behavioral Health</u>, Case No. 14-cv-2346-JCS (N.D. Cal., filed May 21, 2014). <u>See</u> Dkt. 39 at 15. The parties' most recent status reports, filed on April 25, 2025, stated that the Ninth Circuit had issued an order granting UBH's mandamus petition, and that the <u>Wit</u> district court had entered a briefing schedule for the parties to address plaintiffs' breach of fiduciary duty claim, to be heard on July 30, 2025. <u>See</u> Dkt. 79, 80. The parties requested that they be given 180 days to file a joint status update. <u>See</u> <u>id.</u>

　　　The court concludes that the parties' request is reasonable, and accordingly, the court directs the parties to file a joint status report within 90 days from the date of this order.

　　　**IT IS SO ORDERED.**

Dated: July 25, 2025

　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge