UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL W., et al.,<br>  Plaintiffs,<br>  v.<br>UNITED BEHAVIORAL HEALTH, et al.,<br>  Defendants. | Case No. 17-cv-06341-PJH<br><br>**ORDER RE STATUS REPORT**<br>Re: Dkt. 84 |

  The court stayed the above-captioned case in light of the pendency of Wit v. United Behavioral Health, Case No. 14-cv-2346-JCS (N.D. Cal., filed May 21, 2014). See Dkt. 39 at 15. The parties' most recent status report, filed on October 23, 2025, requests that the parties be given 45 days to file an updated status report.

  The court concludes that the parties' request is reasonable, and accordingly, the court directs the parties to file a joint status report within 45 days from the date of this order.

  **IT IS SO ORDERED.**

Dated: October 28, 2025

               /s/ *Phyllis J. Hamilton*
               PHYLLIS J. HAMILTON
               United States District Judge