UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL W., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06341-PJH<br><br>**ORDER RE STATUS REPORT**<br><br>Re: Dkt. 86 |

　　　The court stayed the above-captioned case in light of the pendency of Wit v. United Behavioral Health, Case No. 14-cv-2346-JCS (N.D. Cal., filed May 21, 2014). See Dkt. 39 at 15. The parties' most recent status report, filed on December 12, 2025, requests that the parties be given 60 days to file an updated status report.

　　　The court concludes that the parties' request is reasonable, and accordingly, the court directs the parties to file a joint status report no later than **February 27, 2026**.

　　　**IT IS SO ORDERED.**

Dated: January 13, 2026

　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge