UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL W., et al.,

          Plaintiffs,

      v.

UNITED BEHAVIORAL HEALTH, et al.,

          Defendants.

Case No.  17-cv-06341-PJH

**ORDER LIFTING STAY**

Re: Dkt. 88

The court stayed the above-captioned case in light of the pendency of Wit v. United Behavioral Health, Case No. 14-cv-2346-JCS (N.D. Cal., filed May 21, 2014). See Dkt. 39 at 15.  The parties' most recent status report, filed on February 27, 2026, states that the issues surrounding the need for a stay have resolved and the case can now move forward.  See Dkt. 88 at 2.

Accordingly, the court hereby LIFTS the stay and sets a case management conference for **April 16, 2026** at 1:30pm via Zoom teleconference.  The parties shall file a joint case management statement by **April 9, 2026**.  Further details will be provided by Clerk's Notice.

**IT IS SO ORDERED.**

Dated:  March 13, 2026

                    /s/ *Phyllis J. Hamilton*
                PHYLLIS J. HAMILTON
                United States District Judge

United States District Court
Northern District of California